United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 16, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-50684
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KAROLE D. BURTON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:06-CV-291
USDC No. 5:03-CR-590-ALL
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

Karole D. Burton, formerly federal prisoner # 03618-180,
seeks a certificate of appealability to challenge the district
court's denial of her 28 U.S.C. § 2255 motion.  She also seeks
leave to proceed in forma pauperis (IFP).

In her § 2255 motion Burton challenged the one-year prison
term that the district court imposed after revoking the
supervised release that she was serving for her conviction of
theft of government property, in violation of 18 U.S.C. § 641.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

To obtain a COA, Burton must make a substantial showing of the denial of a constitutional right.  <u>See</u> § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003).  During the pendency of this appeal, Burton was released from prison.  Burton's claims have been rendered moot by her release.  <u>See</u> <u>Spencer v. Kemna</u>, <u>523 U.S. 1, 7</u> (1998); <u>Bailey v. Southerland</u>, 821 F.2d 277, 278-79 (5th Cir. 1987).  Therefore, this appeal is DISMISSED AS MOOT.  COA and IFP are DENIED AS MOOT.